# Certificate of Completion
## CYCLE OF ABUSE

ANGRY MEN AND THE WOMEN WHO LOVE THEM
Emotional and Educational Support Group

Presented To

## Amy Mosley

On this __29th__ Day of __July__, __2019__

_Debbie Gilbert, LPCC_

Dear: Your Honorable Judge Weir,

My name is Melinda Parms, and I am the sister of Amy Mosley. I would like to take a moment to tell you about her and the life she has lived.

Our parents divorced when she was only 2 or 3 years of age. So our mother took on the responsability of caring and providing for 4 children ages 3, 4, 6 and 7. She worked very hard and meet our needs as best she could. At the age of 12 we lost our mother to cancer. Our father was in prison. But during the years of my mothers illness which was 4-or-5 years, Amy and myself along with our other 2 sisters fell victum to the abuse of our mothers-brothers (our uncles). There was alot of reacurring sexual and mental along with physical abuse! Amy started drinking alcohol at the young age of 8 or 9 to deal with the trama that she was going through. When our mother passed away her parents took our home and all our belongings from us and put us out. We were placed with other family and also foster homes. Amy got pregnant at the age of 15 by a man that was about 15 years older than her. She had her 1st child and then was married at the age of 16. She turned to drugs to cope with her life then it became her life. Amy was always the strong one, but she lost herself and her children because she became an addict. My sister is my saving grace. She has always come to my rescue and givin me

whatever I needed. money, food, love, advice or anything else regardless of what she had to do to make sure I was safe. She has been abused by several different men in her life. She would come to me and have black eyes, a busted nose and mouth and brusies all over her body. Her addiction became her cover for the pain and heartache she went and was going through. She has lived this life for many years. Yet at the same time she trys to lead others in the right direction by telling them of her own self destruction. I no my sister is a very strong, loving, selfless person who helps any and everyone she can except for herself. Amy feels like she's not worth a better life. But I no with the right treatment and help my sister would become a great help with recovery in our community or wherever she goes. There's so much more to her than just being an addict or someone who only knows the life of dealing with drugs to survive. So I'm asking that you please take all this into consideration as you are sentencing her to a term of imprisonment. I love and need my sister as does her children, grandchildren and the rest of our family.
  Thank you for your time and consideration in this matter Your Honorable Judge Weir.

Humbly yours
*Melinda Parms*
Melinda Parms

Honorable Judge Mr. Weir,

I would like to take a moment to talk about Mrs. Amy Mosley. Mrs. Mosley has been a big part of my life from the time that I was a very small child until now.

Sometimes as young ladys, ecspecially if we have not had the proper guidance we can easily and quickly go down the wrong path. Mrs. Mosley, lost her mother at a very young age, and with her and her 3 other siblings trying to be the only caretakers for each other, Mrs. Mosley set her self aside. She was left to grow up at a very young age. Mrs. Mosley was married and became a mother at a very young age, with no career, due to the circumstances, she had to go through things that we not all had to experience. After alot of domestic violence, and nothing but a bad experience she had set herself aside again, only to find herself trying to make it the quickest and easiest way that she knew how. I dont know why Mrs Mosley went through all of the wreckage and havoc that she did? But i do know that is what gave her the knowledge and strength to be able to help me in circumstances that she has.

She has corrected me when I was in the wrong, verbally and physically. She has fed me,

loved me, prepared me for things i didn't want to have to face, and with all of that the most important things that i gathered from all of that was to have courage, wisdom, hope, love, and strength.
  So now iam asking to take the time to consider all of these things as you sentence mrs. mosley.

Thank You, for your time
Brittany Yaden

Honorable Judge Weir,

I would like to briefly attest to the character of Ms. Amy Mosley. She has been a positive role model for me many times in my life. From her I've learned understanding, judgement, perserverence, strength, hope, recovery, unity, and family. Niccoli Machiavelli said, "It is nearly impossible for a good man to exist amongst a sea of evil men." To me that quote embodies the struggle Ms. Mosley has faced in her life.

Like so many of us in Eastern Kentucky Amy was born into extreme poverty. She lost her mother at the impreshanable age of 12. Her mother was her primary care giver. So at the age of 12 Amy was thrust into adulthood very much unprepared she fell victim to abuse and unspeakable tragedies at the hands of predatory adults. At this time her struggle with

addiction began as a way to cope with the unbearable pain in her young life. She struggled but hustled to survive and this is a testament to her strength.

Amy Mosley is a mother to 5 children and a grandmother to 3 soon to be 4 grandchildren. She is a matriarch in her family. She is a mentor, and role model for many young girls in our community. She has often provided a safe place for me and others. She always spread a message of hope and recovery. Through example taught lessons of family and unity. Her love and ability to reach people is indespensab[le]. Given proper treatment Ms. Mosley could become a pillar in the local recovery community.

Your Honor please consider the value in Ms. Mosley in her sentencing. She is a mother, sister, grandmother and

a capable strong woman. She is my family and my role model.

Thank you Honorable Judge Weir for your time and consideration in this matter.

Humbly yours,
Lee A Hammack
Lee Ann Hammack