FOR THE UNITED STATES DISTRICT COURT IN THE STATE OF KENTUCKY

Eastern District of Kentucky
**FILED**
SEP 30 2020
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Amy Mosley
V
United States Of America

No. 6:18-CR-57-REW-HAI

MOTION FOR COMPASSIONATE RELEASE PURSUANT TO A 3582(C)(1)(A) DUE TO EXTRAORDINARY AND COMPELLING REASONS, COVID-19 PANDEMIC

Comes now petitioner, Amy Mosley, Requesting that this honorable Court review her request for compassionate release due to her health combined will COVID-19. She prays that this court grant relief to her sentence.

EXHAUSTION OF ADMINISTRATIVE REMEDIES
Prior to the changes made in the First Step Act of 2018, the 3582 statute required that the defendant fully exhaust all administrative remedy rights with the Bureau of Prisons (BOP) by sending in a request to the Warden. The Warden has 30 days to respond to such a request before seeking relief in the

district court.

After the FSA, depending on the BOP to determine the existence of an extraordinary and compelling reason exists ..... is a relic of the prior procedure that is inconsistent with the amendments implemented by the FSA. While the sentencing commission and BOP criteria remain helpful guidance, the amended 3582(c)(1)(a)i vests courts with independent discretion to determine whether extraordinary or compelling reasons exists to reduce a sentence. (United States v. Redd No. 97-cr-000006-AJT 2020 Eastern District of Virginia 4th Circuit)

Due to Mosley's medical condition combined with COVID-19, she proceeds to the District Court, bypassing the exhaustion of administrative remedy.

### Mosley Plea for Compassionate Release

Mosley is requesting compassionate release because her medical conditions makes her more vulnerable in light of the COVID-19 pandemic. Mosley suffers from Hepatitis C and hypertension.

The CDC has identified diabetes and hypertension as comorbidities which increase the likelihood



of serious risk from COVID-19. Further, since the onset of the COVID-19 pandemic, courts have determined that inmates suffering from conditions such as hypertension and diabetes are now at a even greater risk of detiorating health, presenting "extraordinary and compelling circumstances that may justify release. (United States v Connell F.Supp 3d 2020 (Northern District of California) CDC Statistic

The mere fact that defendants who are found to have a pre-existing condition, such as hypertension places them at a higher risk and were the most prevalent among hospitalized COVID-19 patients. Mosley has been prescribed Hydrochlorothiazide 25 mg to control her hypertension and Lisinopril as well. The fact that the defendant takes Lisinopril, an ACE inhibitor, to treat her hypertension likely places her at higher risk for severe COVID-19 infection.

Mosley also suffers from Hepatitis C. A liver disease that causes damage to the internal organs to include the liver, kidneys, ovaries and pancrease. This disease also means that Mosley's immune system is poor compared to others.

The CDC indicates that those who receive treatment for Hepatitis C are ones to be immunocompromised. Immunocompromised bodies, which can be due to Hepatitis C treatment are considered immune weakening medications.

Despite the best efforts of prison officials and employees constructing and implementing a pandemic response plan, thus far, 11 officers have tested positive and over 20 inmates. With Mosley's hypertension and immune weakening medications, she is at risk for severe illness, complications or death if she were to contract the virus.

### Mosley's Pre-release plans and re-entry

If Mosley was considered for release, she would like the court to reccommend extensive treatment due to history of drug abuse. Due to COVID-19, the BOP is not offering such courses until a vaccine or COVID-19 ceases.

If released she will reside with her father Millard Alvin Harrison and stepmother Brenda Lou Lemmons Harrison at 601 West Highway 1376 East Bernstadt KY, 40729.

She wishes to participate in a long-term drug rehabilitation program. She hopes to obtain adequate medical attention for her liver and hypertension.

She understands that the need for imprisonment will be an issue. However, she hopes the court will weigh her health as a primary reason.

Wherefore, based on Mosley's plea, she prays that this court reviews her plea and grant release

Respectfully Submitted

_____

Certificate of Service

I declare under penalty of perjury that this motion was sent on the _____ day of _____, 2020.

_____