Amy Mosley #32574-032
Aliceville Federal Correctional Institution
P.O. Box 4000
Aliceville AL 35442

BIRMINGHAM AL 350
24 SEP 2020 PM 2 L



London Courthouse Annex
310 South Main Street 1st Floor
London KY 40741

40741-190710

Back of Envelope