Compassionate Release/Reduction In Sentence
Mosley, Amy
Register No.: 22574-032


Your request for a Compassionate Release/Reduction In Sentence (RIS) was reviewed under the provisions of Title 18 of the United States Code, Section 3582 (c)(1)(A), and Bureau of Prisons' Program Statement 5050.50. Careful consideration has Been given to your documentation, which included updated medical and case summary information. Based upon this information, your request for a Compassionate Release/Reduction In Sentence (RIS) has been denied.

You do not meet the criteria for Request Based on Inmates with Medical Conditions. The documentation you have provided does not support eligibility requirements.

In compliance with Bureau of Prisons' Program Statement 5050.50, you may appeal this denial through the Administrative Remedy Program. I suggest you work with your unit team to address your needs, as they may arise.

_M.A. Addison (for)_   6-8-20
Patricia V. Bradley, Warden          Date