Jimmy Mosley #22574-032
Federal Correctional Institution
Aliceville
P.O. Box 4000
Aliceville, AL 35442

Clerk, United States District Court
Eastern District Of Kentucky
310 S. Main Street
London, Ky 40741-1907

Back of Envelope